# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DAVID M. RIOS and SARITA G. RIOS, | § § | CASE NO. 24-60422 |
| DEBTORS | § | CHAPTER 7 |

| | | |
|---|---|---|
| JG MAPPING & LANDMAN CONSULTING, LLC, HERBIBERTO GARCIA, and YANIRA HERIBERTO | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § | ADV. NO. 24-06042 |
| DAVID M. RIOS and SARITA G. RIOS | § § § | |
| DEFENDANTS | § | |

## DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE BANKRUPTCY JUDGE:**

**COME NOW** the Defendants, **DAVID M. RIOS** and **SARITA G. RIOS,** in the above-styled and numbered adversary proceeding filing this his Original Answer to the Complaint of the Plaintiffs to deny the Debtors a discharge of the debt owed to the Plaintiffs pursuant 11 U.S.C. §§523(a)(2)(A) and 523(a)(4) filed on October 15, 2024 [Dkt. No. 1] (the "Complaint"):

1. Defendants admit the material allegations contained in Paragraph 1 of the Complaint.

2. Defendants admit the material allegations contained in Paragraph 2 of the Complaint.

3. Defendants are without information sufficient to form a basis on which to either admit or deny the allegations in Paragraph 3 of the Complaint and those allegations are, therefore, denied.

4. Defendants are without information sufficient to form a basis on which to either admit or deny the allegations in Paragraph 4 of the Complaint and those allegations are, therefore, denied.

5. Defendants are without information sufficient to form a basis on which to either admit or deny the allegations in Paragraph 5 of the Complaint and those allegations are, therefore, denied.

6. Defendants are without information sufficient to form a basis on which to either admit or deny the allegations in Paragraphs 6 (two paragraphs are each listed as Paragraph 6 in the Complaint) of the Complaint and those allegations are, therefore, denied.

7. Defendants deny the material allegations contained in Paragraph 7 of the Complaint.

8. Defendants admit the material allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny the material allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny the material allegations contained in Paragraph 10 of the Complaint.

11. Defendants deny the material allegations contained in Paragraph 11 of the Complaint to the extent denied previously.

12. Defendants deny the material allegations contained in Paragraph 12 of the Complaint.

13. Defendants deny the material allegations contained in Paragraph 13 of the Complaint.

14. Defendants deny the material allegations contained in Paragraph 14 of the Complaint to the extent denied previously.

15. Defendants deny the material allegations contained in Paragraph 15 of the Complaint.

16. Defendants deny the material allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny the material allegations contained in Paragraph 17 of the Complaint to the extent denied previously.

18. Defendants deny the material allegations contained in Paragraph 18 of the Complaint.

19. Defendants deny the material allegations contained in Paragraph 19 of the Complaint.

WHEREFORE**,** PREMISES CONSIDERED, **DAVID M. RIOS** and **SARITA G. RIOS** respectfully request that this Court enter its judgment denying the relief requested by Plaintiffs, awarding all costs of suit and attorney's fees to Defendants, and granting such other and further relief as is just and to which Defendants are entitled to receive.

Document    Page 4 of 4

Respectfully submitted,
MIKE WALLACE PC
9399 E State Hwy. 204
Jacksonville, Texas 75766
Tel: (903) 683-2018
Fax: (888) 371-6575
E-mail: mike@wallacebankruptcy.com


By:  /s/ Michael P. Wallace
     Michael P. Wallace
     State Bar No. 20771030
     ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above was served on Mr. Michael E. Gazette, 100 East Ferguson Street, Suite 1000 via regular first-class mail or by electronic means on the 14th day of November 2024.


/s/ Michael P. Wallace
MICHAEL P. WALLACE