IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: § § | | |
| DAVID M. RIOS and SARITA G. RIOS, § § | | CASE NO. 24-60422 CHAPTER 7 |
| DEBTORS § | | |
| JG MAPPING & LANDMAN CONSULTING, LLC, HERBIBERTO GARCIA, and YANIRA HERIBERTO § § § § | | |
| PLAINTIFFS, § § | | |
| V. § § | | ADV. NO. 24-06042 |
| DAVID M. RIOS and SARITA G. RIOS § § | | |
| DEFENDANTS § | | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NO HEARING WILL BE CONDUCTED ON THIS MOTION/OBJECTION/APPLICATION UNLESS A WRITTEN RESPONSE/OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE/OBJECTION.  IF NO RESPONSE/OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF A RESPONSE/OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR RESPONSE/OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES attorney for Defendants herein, Michael P. Wallace, and would show the Court the following:

1. Defendants filed a Voluntary Petition under Chapter 7 of Title 11, U.S.C. on July

15, 2024.

2. An Adversarial Complaint was filed on October 15, 2024, by Michael Gazette.

3. Counsel attempted to settle the adversarial but was unsuccessful in doing so. The defendants realized from the beginning that counsel would need to withdraw in the event that a settlement was not reached. Defendants desire to proceed Pro Se at this moment. Defendants agree with the withdrawal of counsel, and they have not paid counsel for any additional representation.

WHEREFORE, PREMISES CONSIDERED, Counsel prays that the Court enter an order allowing him to withdraw as Counsel of record for Defendants.

Date: December 31, 2025.

        Respectfully submitted,

        MIKE WALLACE PC
        9399 E State Hwy. 204
        Jacksonville, Texas 75766
        Tel: (903) 683-2018
        Fax: (888) 371-6575
        E-mail: mike@wallacebankruptcy.com

        By: /s/ Michael P. Wallace
            Michael P. Wallace
            State Bar No. 20771030

        ATTORNEY FOR DEFENDANT(S)

# **CERTTIFICATE OF SERVICE**

     The undersigned hereby certifies that on the 31st day of December 2025, a true and correct copy of the foregoing was served on all parties listed below by electronic means or via United States First-Class Mail.

*Attorney for Plaintiffs*
Michael E Gazette
100 E Ferguson St. Suite 1000
Tyler, TX 75702

*Defendants*
David M & Sarita G Rios
1312 Hollybrook Drive
Longview, Texas 75605

                                       /s/ Michael P. Wallace
                                       Michael P. Wallace