Form ntchrgbk                                                                                       Entered: 1/12/26

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−06042
Chapter: 0
Judge: Joshua P. Searcy

In Re:

JG Mapping & Landman Consulting, LLC et al v. Rios et al

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

https://us−courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on Wednesday, March 4, 2026 at 10:30 AM

to consider and act upon the following:

Status Conference Set (RE: related document(s)1 COMPLAINT: (62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability − 523(a)(4), fraud as fiduciary, embezzlement, larceny)): filed by Plaintiff JG Mapping & Landman Consulting, LLC, Plaintiff Heriberto Garcia, Plaintiff Yanira Garcia).. Virtual Status Conference scheduled for 3/4/2026 at 10:30 AM at Virtual Hearing JSwebex. (jd)

Dated: January 12, 2026

Jason K. McDonald
Clerk, U.S. Bankruptcy Court